**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 23 MAL 2015
                                         :

                Respondent     :

                                           : Petition for Allowance of Appeal from the
                                         : Order of the Superior Court

                v.                         :

                                           :

LARRY KONYVES,                      :

                      Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.